IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: W.R. Grace & Co. et al

<table>
<tr><td>Palas Community Hospital</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Appellant</td><td>)</td><td>Civil Action No.   07-297   RLB</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>W.R. Grace & Co. et al</td><td>)</td><td></td></tr>
<tr><td>Appellee</td><td>)</td><td>Bankruptcy Case No. 01-1139<br>AP 07-26</td></tr>
</table>

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

Memorandum Opinion and Order disallowing and expunging 71 claims file by the Law firm of Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 6/14/07**

Peter T. Dalleo
Clerk of Court

Date:   May 25, 2007

To:   U.S. Bankruptcy Court
Counsel